**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **GOOGLE LLC and<br>GOOGLE INDIA PRIVATE LIMITED,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**HARSHIT ROY,**<br><br>　　　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. <u>1:24-cv-1425</u> |

**Exhibit B to 11/19/2024 Declaration of Shiviinder Singh**

