**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **GOOGLE LLC and** <br> **GOOGLE INDIA PRIVATE LIMITED,** <br> <br> **Plaintiffs,** <br> <br> v. <br> <br> **HARSHIT ROY,** <br> <br> **Defendant.** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. <u>1:24-cv-1425</u> |

**Exhibit C to 11/19/2024 Declaration of Shiviinder Singh**

**Linked in**   Articles  People  Learning  Jobs   Get the app      Join now   Sign in

## Harshit Roy's Post



**Harshit Roy**
Silicon Engineer @ Google | IP and Sub-System Digital Design
1d • Edited

Thank you, **Google** Pixel for the lies, deceit, and torture for the last 3.5 years.

I would like to thank my managers for this immersive experience.

**Pixel Architecture – Google Drive**
accounts.google.com

👍 💡 🌐 10

Like     Comment     Share

To view or add a comment, **sign in**



821 followers

**1 Post**

View Profile    + Follow

## Explore topics

Sales

Marketing

Business Administration

HR Management

Content Management

Engineering

Soft Skills

**See All**

**Linked in** © 2024

Accessibility                    About
Privacy Policy                   User Agreement
Copyright Policy                 Cookie Policy
Guest Controls                   Brand Policy
                                 Community Guidelines