**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **GOOGLE LLC and**<br>**GOOGLE INDIA PRIVATE LIMITED,** | § § § § § § § § § § | **Civil Action No.** 1:24-cv-1425 |
| Plaintiffs, | | |
| v. | | |
| **HARSHIT ROY,** | | |
| Defendant. | | |

**Exhibit H to 11/19/2024 Declaration of Shiviinder Singh**

**Harshit Roy** • 3rd • Follow
GPU Design Engineer @ Intel | IP and Sub-System Digi...
2mo • Edited • 🌐

**Google** Don't expect me to adhere to any confidentiality agreement. If you breach the employment contract by decreasing my pay, accessing my personal Gmail account without authorization, or wasting my time using a bait of promotion, remember that empires fall and so will you.

Thank you.

👍 2                                                                 6 comments

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Add a comment...

Most relevant ▼

**Harshit Roy** Author — 2mo
GPU Design Engineer @ Intel | IP and Sub-System Digital Design

https://photos.app.goo.gl/eYaaanEvoix6mwUj8

Like · 👍 1 | Reply · 2 Replies

See previous replies

**Harshit Roy** Author — 2mo
GPU Design Engineer @ Intel | IP and Sub-System Digital D...

**Harshit Roy**@Google

Like · 👍 1 | Reply

**Harshit Roy** Author — 2mo
GPU Design Engineer @ Intel | IP and Sub-System Digital Design

**Google** You are fraud



Like · 👍 1 | Reply

↙ Load more comments