IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **GOOGLE LLC and** <br> **GOOGLE INDIA PRIVATE LIMITED,** <br><br> Plaintiffs, <br><br> v. <br><br> **HARSHIT ROY,** <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. __1:24-cv-1425__ |

**Exhibit K to 11/19/2024 Declaration of Shiviinder Singh**

**PROPOSED TO BE FILED UNDER SEAL**

**HARSHIT ROY**
@_harshitroy

Pixel Malibu Architecture update
1drv.ms/f/c/112ff3b079...

@Google @Qualcomm @Apple

Let me know if need more info.

6:59 AM · Oct 16, 2024 · **273** Views