# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **GOOGLE LLC and GOOGLE INDIA PRIVATE LIMITED,** § § § § | |
| *Plaintiffs,* § | Civil Action No. 1:24-cv-1425-RP |
| v. § § | |
| **HARSHIT ROY,** § § | |
| *Defendant.* § | |

## [PROPOSED] FINAL JUDGMENT ORDER

WHEREAS, on December 20, 2024, the Court entered the Joint Stipulated Order Granting Permanent Injunction (the "Injunction") upon agreement of Plaintiffs Google LLC and Google India Private Limited (together, "Google" or "Plaintiffs") and Defendant Harshit Roy.

WHEREAS, the Injunction disposes of all pending issues between the Parties.

IT IS THEREFORE ORDERED,

1.  This action is hereby CLOSED.

2.  The Temporary Restraining Order Bond in the amount of $10,000 that Plaintiffs posted on November 27, 2024 is hereby RELEASED and DISCHARGED.

3.  Each party shall bear their own costs and fees.

4.  This Court shall retain continuing jurisdiction over the Parties and the action, as needed, for purposes of modifying or enforcing the Injunction.

**IT IS SO ORDERED**.

SIGNED on _____, 2025.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE